# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lourdes Nader, | Case No. 2:23-cv-01535-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Walmart Inc., a foreign corporation dba Wal-Mart; et al., | |
| Defendants. | |

Before the Court is the parties' stipulation to stay discovery. (ECF No. 8). The parties seek to stay discovery while they await an order on Plaintiff's motion to remand. They explain that a stay of discovery would conserve judicial and party resources, especially during the holiday season. The Court grants the parties' stipulation. The Court finds a stay of discovery appropriate under the good cause analysis in *Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at \*4 (D. Nev. Oct. 14, 2021) and Federal Rule of Civil Procedure 1.

**IT IS THEREFORE ORDERED** that the parties' stipulation to stay discovery (ECF No. 8) is **granted.** The parties must file a proposed discovery plan **fourteen days** after the Court lifts the stay.

DATED: December 18, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE