**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart Inc. d/b/a Wal-Mart*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| LOURDES NADER, individually, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., a Foreign Corporation d/b/a WAL-MART; DOES I-X; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendant. | CASE NO.: 2:23-CV-01535-GMN-DJA <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LOURDES NADER, and Defendant, WALMART INC. d/b/a WAL-MART, by and through their respective counsel of record, that the claims asserted by Plaintiff, LOURDES NADER, against Defendant, WALMART INC. d/b/a WAL-MART, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

1

KRB/20147-81

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

IT IS SO STIPULATED.

DATED this 10 day of December 2024.

MARKMAN LAW

_____
DAVID MARKMAN, ESQ.
4484 S. Pecos Rd. Suite 130
Las Vegas, NV 89121
*Attorneys for Plaintiff*

DATED this 12 day of December 2024.

HALL & EVANS, LLC

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

IT IS SO ORDERED.

December 13, 2024.
DATED

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

HALL & EVANS, LLC

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

KRB/20147-81